IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:22-cv-00036-M

| | |
|---|---|
| TAMARA SUREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LIFERESTORE MD USA LLC NC1 LLC, ) | |
| LIFERESTORE MD USA LLC, ) | |
| DAVID AKINA, and ) | |
| ALLEN MEGLIN, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the court on Plaintiff's Motion for Clarification of Docket No. 80, or in the Alternative, for Leave to Amend the Amended Complaint to Add a Specific Reference to N.C. Gen. Stat. § 95-25.6 in the Second Claim for Relief [DE 95].[1] The court believes that no clarification is necessary, but GRANTS the motion only to direct Plaintiff to the subject order, in which the court states, "This action [against Meglin] will proceed on the Plaintiff's first claim under the FLSA (for overtime and minimum wages) and second claim under the NCWHA § 95-25.6 ('payday claim')." DE 80 at 55-56. In light of this order, no amendment appears to be necessary.

SO ORDERED this 9th day of April, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court reminds Plaintiff's counsel that, under the court's practice preferences and procedures, all movants must confer with the opposing party and notify the court of that party's position on the requested relief. REM Prac. Pref. & Procs. § I.A.