```
*********************
    FAX TX REPORT
*********************

         TRANSMISSION OK

JOB NO.                  2482
DESTINATION ADDRESS      9802060286
SUBADDRESS
DESTINATION ID
ST. TIME                 08/27 13:46
TX/RX TIME               01'26
PGS.                     3
RESULT                   OK
```

# Crossley McIntosh & Collier

CROSSLEY MCINTOSH COLLIER HANLEY & EDES, P.L.L.C.
ATTORNEYS AT LAW

JOHN F. CROSSLEY (1921-2006)
DOUGLAS F. MCINTOSH (1959-2016)
CLAY ALLEN COLLIER
ANDREW HANLEY
BRIAN E. EDES
NORWOOD P. BLANCHARD, III
BRIAN J. KROMKE

August 27, 2025

5002 RANDALL PARKWAY
WILMINGTON, NC 28403

TELEPHONE   910/762-9711
FAX         910/256-0310
TOLL FREE   800/499-9711

E-mail: norwood@cmclawfirm.com

# FACSIMILE TRANSMISSION COVER PAGE

To:         GessnerLaw, PLLC

            Michelle Gessner, Esq.
From:       Norwood P. Blanchard
Pages:      3                         (including cover)
Subject:    Surey v. Meglin

                           1st Amdd
Attached for service, please find the ~~Second~~ Offer of Judgment in the above-referenced matter.
Please contact our office should you have any questions.

FAX: 980-206-0286

## NOTICE

The information contained in this facsimile message is attorney privileged and confidential, and intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address above, via the United States Postal Service.

THANK YOU.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:22-CV-36-M

| | |
|---|---|
| TAMARA SUREY (f/k/a MILLER), ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LIFERESTORE MD USA LLC NC1 LLC; ) <br> LIFERESTORE MD USA LLC LLC; DAVID ) <br> AKINA; and ALLEN MEGLIN, ) <br> ) <br> Defendants. ) | **1st Amended Offer of Judgment** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the Defendant Dr. Allen Meglin hereby serves upon Plaintiff this offer of judgment in the amount of Twenty Nine Thousand Four Hundred Dollars ($29,400.00), together with reasonable costs and attorney's fees in an amount to be determined by the Court, in full and complete satisfaction of Plaintiff's claims against him under the North Carolina Wage & Hour Act and Fair Labor Standards Act.[1] This offer of judgment is made for the purposes specified in Rule 68 and is not to be construed as an admission that Defendant is liable in this action.

Respectfully submitted, this is the 27st day of August, 2025.

---

[1] For the purposes of clarity, the claims that are the subject of this Offer of Judgment are only those claims specified to be remaining for trial, as noted in the Court's Order entered April 9, 2025. [DE #100] (clarifying that the claims remaining to be tried were the claims "under the FLSA (for overtime and minimum wages) and second claim under the NCWHA § 95-25.6 ('payday claim').").

1

CROSSLEY McINTOSH COLLIER HANLEY & EDES, PLLC


By: _____
Norwood P. Blanchard, III
NC State Bar No.: 26470
5002 Randall Parkway
Wilmington, NC 28403
Telephone: (910) 762-9711
Facsimile: (910) 256-0310
norwood@cmclawfirm.com


CERTIFICATE OF SERVICE

I hereby certify that on the 27st of August, 2025, I served the foregoing Offer of Judgment on counsel for the Plaintiff by email, U.S. Mail, and facsimile, addressed as follows:

L. Michelle Gessner
GESSNERLAW
602 E. Morehead Street
Charlotte, NC 28202
Tel. (704) 234-7442
Fax. (980) 206-0286
Attorney for Plaintiff


_____
Norwood P. Blanchard, III

2