UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:22-CV-36

| | |
|---|---|
| TAMARA SUREY (f/k/a MILLER),<br><br>Plaintiff,<br><br>v.<br><br>LIFERESTORE MD USA LLC NC1 LLC; LIFERESTORE MD USA LLC; DAVID AKINA; and ALLEN MEGLIN,<br><br>Defendants. | **PLAINTIFF'S NOTICE OF ACCEPTANCE OF DR. ALLEN MEGLIN'S OFFER OF JUDGMENT** |

Plaintiff Tamara Surey, by and through the undersigned counsel, hereby gives notice pursuant to Rule 68(a) of the Federal Rules of Civil Procedure that Plaintiff accepts the Offer of Judgment served by Defendant Dr. Allen Meglin on August 27, 2025.

1. On August 27, 2025, Dr. Allen Meglin served an Offer of Judgment on Plaintiff Tamara Surey pursuant to Rule 68 of the Federal Rules of Civil Procedure. A true and correct copy of the Offer of Judgment is filed at Doc. No. 128.

2. Plaintiff hereby accepts the referenced Offer of Judgment. This acceptance is made within the 14-day period required by Rule 68(a) of the Federal Rules of Civil Procedure.

3. The Offer of Judgment provides for entry of judgment against Defendant Dr. Allen Meglin "in the amount of Twenty Nine Thousand Four Hundred Dollars ($29,400.00), together with reasonable costs and attorney's fees in an amount to be determined by the Court, in full and complete satisfaction of Plaintiff's claims against him under the North Carolina Wage & Hour Act and Fair Labor Standards Act." [Doc. No. 128]

WHEREFORE, Plaintiff Tamara Surey respectfully requests that this Court enter judgment in her favor against Defendant Dr. Allen Meglin in the amount of Twenty Nine Thousand Four Hundred Dollars ($29,400.00), together with a judgment for reasonable costs and attorney's fees in an amount to be determined by the Court, in full and complete satisfaction of Plaintiff's claims against Defendant Dr. Allen Meglin under the North Carolina Wage & Hour Act and Fair Labor Standards Act.

Respectfully submitted this 28th day of August 2025.

*/s/ L. Michelle Gessner*
L. Michelle Gessner, NC State Bar No. 26590
GESSNERLAW, PLLC
602 East Morehead Street
Charlotte, North Carolina 28202
Telephone: (844) 437-7637
Fax: (980) 206-0286
Email: michelle@mgessnerlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 28, 2025, a copy of the foregoing **PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** was served upon the following via electronic mail.

Norwood P. Blanchard, III
norwood@cmclawfirm.com
CROSSLET McINTOSH COLLIER HANLEY & EDES, PLLC

*Attorney for Defendant Dr. Allen Meglin*

The undersigned also certifies that on August 28, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Further the undersigned hereby certifies that a true and correct copy of the foregoing was served on Defendants by U.S. First Class Mail, postage prepaid, addressed as follows:

David Akina
1427 Military Cutoff Road #104
Wilmington NC 28403-3694

LIFERESTORE MD USA LLC NC1 LLC
8480 Honeycutt Road, Suite 200-Z300
Raleigh, North Carolina 27615

LIFERESTORE MD USA LLC
c/o LegalCorp Solutions, LLC
1221 College Park Dr., Suite 116
Dover, DE 19904

/s/ L. Michelle Gessner
L. Michelle Gessner, N.C. Bar No. 26590
GESSNERLAW, PLLC
602 East Morehead Street
Charlotte, North Carolina 28202
Telephone: (844) 437-7637
Fax: (980) 206-0286
Email: michelle@mgessnerlaw.com

*Attorney for Plaintiff*

3