UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TAMARA SUREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **RULE 54(B) JUDGMENT** |
| | ) | **AS TO DEFENDANT** |
| LIFESTORE MD USA, LLC NC1 LLC, | ) | **ALLEN MEGLIN** |
| LIFESTORE MD USA LLC, DAVID AKINA, and | ) | |
| ALLEN MEGLIN, | ) | 7:22-CV-36-BO |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by the Court.**

This cause comes before the Court *sua sponte* following the filing of an acceptance of a Fed. R. Civ. P. 68 offer of judgment by defendant Allen Meglin.

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment shall be entered for $29,400.00, together with reasonable costs and attorney's fees in an amount to be determined by the Court, in full and complete satisfaction of Plaintiff's claims against defendant Allen Meglin under the North Carolina Wage & Hour Act and Fair Labor Standards Act.

**This judgment filed and entered on September 3, 2025, and served on:**

Michelle Gessner (via CM/ECF Notice of Electronic Filing)
Norwood Blanchard, III (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

*Lindsay Stroud*

September 3, 2025

By: Deputy Clerk