**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Civil Action No. 7:22-CV-36-BO**

| | |
|---|---|
| TAMARA SUREY,<br><br>Plaintiff,<br><br>v.<br><br>LIFERESTORE MD USA LLC NC1 LLC; LIFERESTORE MD USA LLC; DAVID AKINA; and ALLEN MEGLIN,<br><br>Defendants. | **ORDER**<br>**and**<br>**DEFAULT JUDGMENT** |

THIS MATTER IS BEFORE THE COURT on Plaintiff's Corrected Motion for Default Judgment Against Corporate Defendants. [DE 182] The Court has reviewed Plaintiff's Motion, supporting memorandum, declaration, the record in this matter, and the applicable law. The Court finds that the Clerk previously entered default against Defendants LifeRestore MD USA LLC NC1 LLC and LifeRestore MD USA LLC [DE 49], that Plaintiff's well-pleaded allegations, deemed admitted by virtue of the Clerk's entry of default, establish those Defendants' liability, and that Plaintiff has established her damages through competent evidence.

Accordingly, Plaintiff's Corrected Motion for Default Judgment [DE 182] is GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Default Judgment is entered in favor of Plaintiff Tamara Surey and against Defendants LifeRestore MD USA LLC NC1 LLC and LifeRestore MD USA LLC, jointly and severally;

2. Plaintiff is awarded damages against Defendants LifeRestore MD USA LLC NC1 LLC and LifeRestore MD USA LLC, jointly and severally, in the amount of Three Hundred Two Thousand Five Hundred Twenty Dollars and Fifty-Six Cents ($302,520.56); and

3. Plaintiff is awarded post-judgment interest as provided by 28 U.S.C. § 1961, from the date of entry of this Judgment until paid in full.

SO ORDERED, this 10 day of August 2026.

Terrence Boyle
TERRENCE W. BOYLE
United States District Judge